IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01219-RPM

MANDY MULLINS,

          Plaintiff,

v.

DIAMOND CITY, INC.,

          Defendant.

---

## ORDER SETTING TRIAL DATE

---

The Court having determined that this case is ready for a trial setting, it is

ORDERED that this matter is set for trial to jury on **April 16, 2007, at 9:00 a.m.,**

**with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A,

Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver,

Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: June 21st , 2006

          BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior District Judge