IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01219-RPM

MANDY MULLINS,

    Plaintiff,

v.

DIAMOND CITY, INC.,

    Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter having come before the Court on the Stipulation for Dismissal with Prejudice, filed April 18, 2007 [37], and the Court being fully advised, it is

    ORDERED the stipulation is approved and that this civil action is dismissed with prejudice, with each party to pay her or its own costs and attorney fees.

    Dated: April 19th, 2007

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge